RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94612
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
LUIS TOBAR MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| UNITED STATES OF AMERICA, | **CASE NO.CR- 08-00876-1 DLJ** |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE FOR SENTENCING** |
| LUIS TOBAR MARQUEZ, | _____ |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Luis Tobar Marquez, and Maureen Bessette, Assistant United States Attorney, that the sentencing presently set for April 24, 2009, be continued to July 17, 2009 at **10:00 a.m.** This continuance is at the request of defense counsel who is still in trial in United States vs. Sekhon, CR. 06-0058-FCD in the Eastern District of California and will be in trial through the month of May. Ms. Bessette has no objection to this continuance but has requested a date in July due a trial that she has in June 2009.

///

1 United States Probation Officer Charles Mabie has no objection to this continuance and is
2 available in July 2009.

4  Date:   April 10, 2009                    /s/ Randy Sue Pollock
5                                            RANDY SUE POLLOCK
                                             Counsel for defendant
6                                            Luis Tobar Marquez

8  Date:   April 10, 2009                    /s/ Maureen Bessette
                                             MAUREEN BESSETTE
9                                            Assistant United States Attorney

11 SO ORDERED:

13 April 14, 2009
                                             _____
14                                           D. LOWELL JENSEN
                                             U.S. District Court Judge