1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64473)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94609
   Telephone: (510) 763-9967
4  Facsimile:  (510) 272-0711

5  Attorney for Defendant
   LUIS TOBAR MARQUEZ
6

7

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                               –ooo–
12

13 UNITED STATES OF AMERICA,
                                        **CR. 08-00876-DLJ**
14      Plaintiff,

15      vs.
                                        **STIPULATION AND ORDER**
16                                      **TO CONTINUE**
                                        **DATE FOR SENTENCING**
17 LUIS TOBAR MARQUEZ,                  _____

18      Defendant

19
   _____/
20

21      IT IS HEREBY STIPULATED AND AGREED by and between Randy sue

22 Pollock, counsel for Luis Tobar Marquez, and Maureen Bessette, Assistant United States

23 Attorney, that the sentencing presently set for July 17, 2009, be continued to July 24,

24 2009 at **10:00 a.m.**

25 ///

26 ///

27 ///

28

1  This continuance is at the request of defense counsel who will be on vacation from July
2  16-July-21, 2009.
3
4  .
5  Dated:   July 2, 2009                              /s/ Randy Sue Pollock
                                                      Randy Sue Pollock
6                                                     Counsel for Luis Tobar Marquez
7
8
   Dated:   July 2, 2009                              /s/ Maureen Bessette
9                                                     Maureen Bessette
                                                      Assistant United States Attorney
10
11
12 SO ORDERED:
13 July  8,  2009                                    _____
                                                     D. Lowell Jensen
14                                                   United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28