1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64473)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94609
   Telephone: (510) 763-9967
4  Facsimile:  (510) 272-0711

5  Attorney for Defendant
   LUIS TOBAR MARQUEZ
6
7
8
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                              –ooo–
12
13  UNITED STATES OF AMERICA,           **CR. 08-00876-DLJ**

14       Plaintiff,

15       vs.                            **STIPULATION AND ORDER**
                                         **TO CONTINUE**
16                                      **DATE FOR SENTENCING**
                                        _____
17  LUIS TOBAR MARQUEZ,

18       Defendant
19                                   /
20
21       IT IS HEREBY STIPULATED AND AGREED by and between Randy sue
22  Pollock, counsel for Luis Tobar Marquez, and Maureen Bessette, Assistant United States
23  Attorney, that the sentencing presently set for July 17, 2009, be continued to July 24,
24  2009 at **10:00 a.m.**
25  ///
26  ///
27  ///
28

1 | This continuance is at the request of defense counsel who will be on vacation from July
2 | 16-July-21, 2009.
3 |
4 | .
5 | Dated:   July 2, 2009                               /s/ Randy Sue Pollock
                                                        Randy Sue Pollock
6 |                                                     Counsel for Luis Tobar Marquez
7 |
8 |
9 | Dated:   July 2, 2009                               /s/ Maureen Bessette
                                                        Maureen Bessette
10 |                                                    Assistant United States Attorney
11 |
12 | SO ORDERED:
13 | July  8,  2009                                     _____
14 |                                                    D. Lowell Jensen
                                                        United States District Court Judge